1
2
3
4
5
6



7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

11  DONNA GUILLMENO,                              No.  EDCV 07-1362-DSF (AGR)
12                    Petitioner,
13       v.                                       **JUDGMENT**
14  DAWN DAVISON,
15                    Respondent.
16

17       Pursuant to the order adopting the magistrate judge's report and
18  recommendation,
19       IT IS ADJUDGED that the petition in this matter is denied and dismissed
20  without prejudice.
21
22  DATED: 12-28-07                          _____
                                             DALE S. FISCHER
23                                           UNITED STATES DISTRICT JUDGE